Mary Philips, as Administratrix of the Estate of Jordan Philips, Deceased, Respondent, *v.* James Apuzzo, Appellant.

(Submitted January 21, 1935; decided February 26, 1935.)

*Joseph F. Hanley* and *Louis A. Garbarini* for appellant.
*Francis C. Dale* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.